**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6128**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL A. SMITH,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CR-96-58, CA-99-135-7)

———————

Submitted:  April 13, 2000          Decided:  April 21, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael A. Smith, Appellant Pro Se.  Ray B. Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael A. Smith seeks to appeal the district court's orders denying his motions filed under 28 U.S.C.A. § 2255 (West 1999), and pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Smith, Nos. CR-96-58; CA-99-135-7 (W.D. Va. Nov. 24, 1999; Dec. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2